Amend

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Russell Peeler 254490

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. _____
(To be supplied by the Court)

v.

US Department of Justice
Federal Bureau of
Investigations

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. Russell Peeler is a citizen of Connecticut who
   (Plaintiff)                          (State)
   presently resides at Northern CI P.O. Box 665 Somers CT 06071.
   (mailing address)

2. Defendant US Department of Justice Federal Bureau of Investigation is a citizen of Virginia
   (name of first defendant)                                                  (State)
   whose address is 170 Marcel Drive

3. Defendant _____ is a citizen of _____
           (name of second defendant)                              (State)

whose address is _____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

"PARTIES"

1) The plaintiff Russell Peeler who is incarcerated at Northern CI has amended his complaint against the Federal Bureau of Investigation for improperly denying the plaintiff access to records associated with his personal pager the number was (203)279-2544 the company that the subpoena was issued to AIMS Communication and the plaintiff has reduced the time sought from December 1998 to January 1999. The amended complaint will include the actual document that was supplied to the plaintiff at around April 2, 2014 by the Federal Bureau of Investigation corresponding with a classification of NA122 Original Subpoena AIMS Communication

2) On or around March 3, 2015 the plaintiff received a correspondence from the Federal Bureau of Investigations Section Chief David Hardy regarding my pager request No 1261bb52-000 ___



## C. Nature of the Case

"Parties"

2) Indicating based off the information the plaintiff provided they were unable to identify responsive records specific to the request regarding the subpoena served on Aim Communication for calls to pager (203) 279-2544 during the month of January 1999.

3) The director added Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA See USC. L 552 (c) (2006 & Supp IV (2010)

4) On or around March 4, 2015 the plaintiff submitted an appeal to the US Department of Justice Office of Information Policy

5) On or around April 15, 2015 the plaintiff received a correspondence from the US Department of Justice "OIP" division letter dated April 2, 2015, indicating that they have received my appeal from the action of the Federal Bureau of Investigation by March 16, 2015 and I was given an appeal number of AP-2015-02676

6) As of the present day the OIP appeal division has failed to respond to my appeal with the applicable time limit provisions of the FOIA USC 552 (a)(6)(c) the plaintiff has exhausted the remedies and this amended complaint ensues

1A Envelope

Case ID: 267C-NH-38899

| | | |
|---|---|---|
| NH | 109 | ORIGINAL EXEC SUBPOENA BEEPER LAND |
| NH | 110 | ORIG EXEC SUBPOENA CITY SOUND BRIDGPORT |
| NH | 111 | ORIG EXEC SUBPOENA BELL ATLANTIC |
| NH | 112 | ORIG EXEC SUBPOENA CT DEPT OF CORRCTION |
| NH | 113 | ORIG EXEC SUBPOENA PAGING NET NY |
| NH | 114 | ORIG EXEC SUBPOENA MAIL BOXES ETC DARIEN CT |
| NH | 115 | ORIG EXEC SUBPOENA ENTERPRISE |
| NH | 116 | ORIGINAL EXEC SUBPOENA WORLD PAGING |
| NH | 117 | ORIG EXEC SUBPOENA SKYNET |
| NH | 118 | ORIG EXEC SUBPOENA BELL SOUTH TELCOMM |
| NH | 119 | ORIGINAL EXEC SUBPOENA TRISTATE |
| NH | 120 | SUBPOENA INFO ENTERPRISE |
| NH | 121 | ORIG EXEC SUBPOENA PAGENET |
| NH | 122 | ORIGINAL SUBPOENA AIMS COMMUNICATION |
| NH | 123 | BELL SOUTH TELEPHONE SUBPOENA INFO |

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** US DOJ FBI FOIA Director David Hardy is unwilling to give the plaintiff access to his personal PRISR records which flies in the face of 5 USC 552 (b)(7)

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

"Facts"

1) FBI Agent Jamie Lawton joined the Bridgeport homicide investigation at around January 13, 1999. The victims were a mother and her child and they were alleged to have been killed on January 7, 1999 in their home in Bridgeport.

2) FBI Agent Lawton knew that the plaintiff Russell Peeler was home on his ankle bracelet prior to joining the Bridgeport Detectives in trying to piece together evidence for the homicides.

3) FBI Agent Lawton figured out a way to implicate the plaintiff in these homicides.

4) FBI Agent Lawton used Josephine Lee to state she beeped me on 1-7-99 or rather paged me from her home phone number —

**Claim II:** _____

_____

_____

Supporting Facts:

3

(Pg 3)

## D. Cause of Action

"Facts"

4) - From her home which was (203) 372-7653

5) This is a complete fabrication the plaintiff's pager number was known to residents who are associated with the number (203) 372-7653 like Cathy Esposito who informed Special Agent Lawton she paged the plaintiff on the following day January 8, 1999. My personal records will reflect this.

6) What this subpoena listing 1A corresponding with my case number 267C NH-38899 demonstrates that the plaintiff's personal paging information was known to Special Agent Lawton and especially it was known to the United States Attorneys who served the subpoena to AIMS Communication that there was no paging connection from (203) 372-7653 to (203) 277-2544 on January 7, 1999. Tying the plaintiff to those homicides.

7) This will cast a light on the FBI's tactics in conducting operations in terms of obstructing evidence

## E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
____Yes _X_ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

Plaintiff(s):_____
_____

Defendant(s):_____
_____

   b. Name and location of court and docket number g_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____
_____

   d. Issues raised: _____
_____

4

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

_____
_____
_____
_____
_____
_____

## F. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

"Relief"

1) The plaintiff would like the court to examine the petitioner's Personal Records that the FBI has preserved this is clear by this particular Classification of NH 122 and was served at AIMS Communication for the personal Fax/Fager number (203) 279-2544

2) Imploring the court to enjoin the defendants to be in compliance with the basic purpose of the Freedom of Information Act to open Agency's actions to the light of public scrutiny. 5 USC 552 - Public Information

## G. JURY DEMAND

Do you wish to have a jury trial? Yes __✓__   No _____

5

_____   _____
Original signature of attorney (if any)   Plaintiff's Original Signature

Russell Parker Pro Se
_____   _____
Printed Name                                                Printed Name


_____   _____


( )_____   ( )_____
Attorney's full address and telephone    Plaintiff's full address and telephone


_____   _____
Email address if available              Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Northern CT__ on __5-5-15__.
                    (location)                    (date)

_____
Plaintiff's Original Signature

(Rev.9/22/09)